UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NASHON JOSEPH,

        Plaintiff,

                                      CASE NO.: 3:16-cv-1495-J-39PDB

vs.

VIVA ASSOCIATES LLC, a Florida
limited liability company, d/b/a
SHORELINE APARTMENTS; and
ROBERT JARVIS, Individually,

        Defendants.

_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE
SUMMONS AND COMPLAINT**

Plaintiff, NASHON JOSEPH, by and through his undersigned counsel, moves to extend the time in which to serve the Summons and Complaint in this case and in support thereof states as follows:

1.      Plaintiff filed the Complaint on December 5, 2016, and Summonses were issued by the Court on Defendants VIVA ASSOCIATES LLC, d/b/a SHORELINE APARTMENTS, and ROBERT JARVIS on the same day.

2.      The deadline to serve the Defendants is Monday, March 6, 2017.

3.      Plaintiff's counsel has been engaged in productive discussions with Defendants' counsel, and has sought to avoid incurring fees and costs related to furtherance of litigation while focused on resolution.

4.      In addition, Plaintiff's counsel is awaiting response with respect to a request to waive service of summons in this matter.

1

5.      Plaintiff believes it is likely that the matter will resolve without need for additional fees and costs associated with litigation, and has refrained from service to this point in order to maximize the potential for amicable resolution, by enabling the parties to devote resources to resolution, rather than litigation.

6.      Given the approaching deadline required for serving the Summons and Complaint on Defendants, and the fact that Defendants may execute waiver(s) of the service of summons, Plaintiff respectfully requests an additional forty-five (45) days to effectuate service of process on Defendants.

7.      Plaintiff will be prejudiced if this motion is not granted, as he will be forced to re-file his Complaint, in order to preserve his statute of limitations, resulting in an additional, unnecessary, filing fee.

8.      This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Plaintiff moves this Court for entry of an Order extending the time within which to serve Summons and Complaint on Defendants from March 6, 2017, by forty-five (45) days to April 20, 2017.

Respectfully submitted this 2nd day of March, 2017.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.
FL Bar No.: 088758
MORGAN & MORGAN, P.A.
600 North Pine Island Road, S-400
Plantation, Florida 33324
Tel: 954-318-0268/Fax: 954-327-3016
E-Mail: **Amurthy@forthepeople.com**
*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and sent a copy of same via Federal Express Mail to Mark C. Bryan, Esquire, at Lippes & Bryan, P.A, 700 Ponte Vedra Lakes Blvd., Ponte Vedra Beach, FL 32082, who has represented that he is representing Defendants for purposes of discussing resolution.  I did not serve same directly upon Defendants, in order to avoid improper *ex parte* communication with a party known to be represented by counsel.

/s/ **ANGELI MURTHY**
ANGELI MURTHY, ESQ.