**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NASHON JOSEPH,

       Plaintiff,

                                     CASE NO.: 3:16-cv-1495-J-39PDB

vs.

VIVA ASSOCIATES LLC, a Florida
limited liability company, d/b/a
SHORELINE APARTMENTS; and
ROBERT JARVIS, Individually,

       Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, NASHON JOSEPH, ("Plaintiff"), by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this case with prejudice.

Respectfully submitted this 20th day of April, 2017.

                                   **/s/ ANGELI MURTHY**
                                   ANGELI MURTHY, ESQ.
                                   FL Bar No.: 088758
                                   MORGAN & MORGAN, P.A.
                                   600 North Pine Island Road
                                   Suite 400
                                   Plantation, Florida 33324
                                   Tel: 954-318-0268
                                   Fax: 954-327-3016
                                   E-Mail: **Amurthy@forthepeople.com**

                                   *Trial Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2017, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF.

**/s/ ANGELI MURTHY**
Angeli Murthy, Esquire

2